2404.   KLIAS *v.* THE STATE.

HILL, C. J.   The only issue made by the evidence was whether the taking of the hog by the defendant was under a bona fide claim of right, or was done animo furandi. The court correctly charged the jury the law applicable to this issue, and there is some evidence to support the verdict. The grounds of the motion for a new trial are without merit.
                                        *Judgment affirmed.*

Indictment for larceny; from Baker superior court—Judge Park.   December 14, 1909.

Submitted March 8,—Decided April 6, 1910.

*A. S. Johnson,* for plaintiff in error.

*W. E. Wooten, solicitor-general, R. R. Arnold,* contra.